D. M. Davidson, Plaintiff in Error, v. The State of Florida, Defendant in Error.

Writ of error to a judgment of the Circuit Court for Putnam County.

Writ of error dismissed on motion of Attorney General.

---

T. Albert Jennings, Plaintiff in Error, v. Louis Boley, Defendant in Error.

Writ of error to a Judgment of the Circuit Court for Escambia County.

Writ of error dismissed on praecipe of counsel for the plaintiff in error.

---

Seaboard Air Line Railway, a Corporation, Petitioner, v. E. W. Turner, Respondent.

Petition for certiorari to the Circuit Court for Baker County.

Petition denied by the court.